IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   8:05CV470 |
| | ) |
| Diane I. Weber, | ) |
|     Defendant, | ) |
| | ) |
|     and | ) |
| | ) |
| Fillmore County Hospital, | ) |
|     Garnishee. | ) |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Fillmore County Hospital, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Fillmore County Hospital, whose address is 1325 H Street, Geneva, NE 68361.

DATED this 20th day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE