IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CV470 |
| v. | ) | |
| DIANE I. WEBER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that defendant's request for hearing (Filing No. 14) is granted. Hearing is scheduled before the undersigned on **February 14, 2006, at 10:30 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Either party may participate by phone by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to Diane Weber at 123 U.S. Highway 6, Friend, NE 68359.

DATED this 8th day of February, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE